# United States Bankruptcy Court
# Central District Of California

**255 East Temple Street, Los Angeles, CA 90012**

| In re:<br>Gary Olyn Armstrong<br><br>Debtor(s). | BANKRUPTCY CASE NO.: 2:11−bk−35606−BB |
|---|---|
| | CHAPTER NO.: 7 |
| Gary Olyn Armstrong<br><br>Plaintiff(s).<br>vs.<br>Internal Revenue Service<br><br>Defendant(s). | ADVERSARY NO.: 2:11−ap−02358−BB |

# NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055−1(a)

On July 19, 2011, a request was filed for the clerk to enter default against defendant(s) **Douglas Shulman**.

Having reviewed the request, the clerk hereby enters default as requested.

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: July 19, 2011

**By: Sandra Peters**
   Deputy Clerk

(Form van192−nched VAN−192) Rev. 10/2010                                                                                                **8 − 7 / SP3**