United States Bankruptcy Court
Central District of California

Armstrong,
    Plaintiff

Adv. Proc. No. 11-02358-BB

Internal Revenue Service,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: spetersC      Page 1 of 1      Date Rcvd: Jul 19, 2011
                         Form ID: van192     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2011.
pla         +Gary Olyn Armstrong,   8205 Santa Monica Blvd 1-412,   Los Angeles, CA 90046-5967

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft         Douglas Shulman
dft         Internal Revenue Service
dft         Motion Picture Industry Pension & Individual Accou
dft         State Of California Franchise Tax Board
                                                                                                       TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 21, 2011**                          **Signature:** _Joseph Speetjens_

# United States Bankruptcy Court
# Central District Of California

**255 East Temple Street, Los Angeles, CA 90012**

| In re:<br>Gary Olyn Armstrong<br><br>Debtor(s). | BANKRUPTCY CASE NO.: 2:11−bk−35606−BB |
|---|---|
| | CHAPTER NO.: 7 |
| Gary Olyn Armstrong<br><br>Plaintiff(s).<br>vs.<br>Internal Revenue Service<br><br>Defendant(s). | ADVERSARY NO.: 2:11−ap−02358−BB |

## NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055−1(a)

On <u>July 19, 2011</u>, a request was filed for the clerk to enter default against defendant(s) **Motion Picture Industry Pension & Health Plans**.

Having reviewed the request, the clerk hereby enters default as requested.

Dated: July 19, 2011

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: <u>Sandra Peters</u>**
 **Deputy Clerk**

(Form van192−nched VAN−192) Rev. 10/2010          **6 − 5 / SP3**