# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES
255 East Temple Street, Room 940
Los Angeles, California.



In re:

GARY OLYN ARMSTRONG

(No.: 2-11-bk-35606-BB)
No.: 2-11-ap-02358-BB

**MOTION FOR SIGNING OF
PROPOSED DEFAULT JUDGMENT**

gary olyn armstrong moves the court for the judicial officer to sign the proposed judgment that is annexed hereto pursuant LBR 7055-1.

### STATEMENT OF FACTS

1. On June 21, 2011, each of the following defendants:

INTERNAL REVENUE SERVICE, DOUGLAS SHULMAN,

MOTION PICTURE INDUSTRY PENSION & INDIVIDUAL ACCOUNT PLAN and

STATE OF CALIFORNIA FRANCHISE TAX BOARD

were  served the summons, adversary complaint and proposed judgment by United States Mail and/or by personal service.  See Summons annexed hereto as Exhibit 1.

2. On July 18, 2011 was the last date and time according to the summons for each of the defendants to answer the complaint. All of the defendants failed to serve their answer.

3. On July 19, 2011 gary olyn armstrong filed a request with the Clerk directing a default judgment be entered against:

INTERNAL REVENUE SERVICE, DOUGLAS SHULMAN,

MOTION PICTURE INDUSTRY PENSION & INDIVIDUAL ACCOUNT PLAN and

STATE OF CALIFORNIA FRANCHISE TAX BOARD.

1    The Clerk entered the defaults as requested against the foregoing defendants the same day. See

2    Clerk's entry of default annexed hereto as Exhibit 2.

3

4                                    ARGUMENT

5    Pursuant Rule 55 and LBR 7055 et seq.(7055-1) This court must sign the proposed judgment since

6    the parties were served according to F.R. Civ. P and Local Bankruptcy Rules, and since receiving

7    service the parties failed to defend or respond, the lack of response is an admission as to the facts

8    of the complaint on their part.

9

10                                    RELIEF

11   gary olyn armstrong requests a judicial officer's signature on each of the four proposed judgments

12   that are submitted herewith.

13                                    Respectfully,

14                                    By Gary Olyn Armstrong

15                                    gary olyn armstrong.
                                      8205 Santa Monica Blvd 1412
16                                    Los Angeles, California

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 1**
Summons

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Gary Olyn Armstrong<br>8205 Santa Monica Blvd 1-412<br>Los Angeles, CA 90046<br><br><br>*Attorney for Plaintiff* Pro Se | **RECEIVED**<br>JUN 1 5 2011<br>CLERK, U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY_____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| In re: Gary Olyn Armstrong<br><br><br>Debtor. | CHAPTER  7<br><br>CASE NUMBER  2:11-bk-35606BB |
| | ADVERSARY NUMBER 2:11-ap-02358BB |
| Gary Olyn Armstrong                                      Plaintiff(s).<br><br>vs.<br><br>IRS; Doulgas Shulman; Motion Picture Industry Pension; FTB          Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by ___7/18/11_____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: 08/23/2011 | Time: 02:00 PM | Courtroom: 1475 | Floor: 14TH |
|---|---|---|---|
| ☒ 255 East Temple Street, Los Angeles | | ☐ 411 West Fourth Street, Santa Ana | |
| ☐ 21041 Burbank Boulevard, Woodland Hills | | ☐ 1415 State Street, Santa Barbara | |
| ☐ 3420 Twelfth Street, Riverside | | | |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: ___06/16/11_____

KATHLEEN J. CAMPBELL
Clerk of Court

By: _Wendy Ann Motley_____
                    *Deputy Clerk*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010 (COA-SA)                                                                                                    **F 7004-1**

**EXHIBIT 2**
**Clerk's Entry of Default Judgments:**
Internal Revenue Service
Douglas Shulman
Motion Picture Industry Pension & Individual Account Plan, including Motion Picture
Industry Pension & Health Plans
State of California Franchise Tax Board

# United States Bankruptcy Court
# Central District Of California

### 255 East Temple Street, Los Angeles, CA 90012

| | |
|---|---|
| In re:<br>Gary Olyn Armstrong<br><br>Debtor(s). | BANKRUPTCY CASE NO.:  2:11–bk–35606–BB |
| | CHAPTER NO.:  7 |
| Gary Olyn Armstrong<br><br>Plaintiff(s).<br><br>vs.<br><br>Internal Revenue Service<br><br>Defendant(s). | ADVERSARY NO.:  2:11–ap–02358–BB |

## NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S)
## UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On July 19, 2011, a request was filed for the clerk to enter default against defendant(s) Internal Revenue Service.

Having reviewed the request, the clerk hereby enters default as requested.

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

By: **Sandra Peters**
     Deputy Clerk

Dated: July 19, 2011

(Form van192–nched VAN–192) Rev. 10/2010

**10 – 9 / SP3**

# United States Bankruptcy Court
## Central District Of California

### 255 East Temple Street, Los Angeles, CA 90012

| | |
|---|---|
| In re:<br>Gary Olyn Armstrong<br><br>Debtor(s). | BANKRUPTCY CASE NO.:  2:11–bk–35606–BB |
| | CHAPTER NO.:  7 |
| Gary Olyn Armstrong<br><br>Plaintiff(s).<br><br>vs.<br><br>Internal Revenue Service<br><br>Defendant(s). | ADVERSARY NO.:  2:11–ap–02358–BB |

## NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055-1(a)

On July 19, 2011, a request was filed for the clerk to enter default against defendant(s) Douglas Shulman.

Having reviewed the request, the clerk hereby enters default as requested.

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

By: Sandra Peters
   Deputy Clerk

Dated: July 19, 2011

(Form van192-nched VAN-192) Rev. 10/2010

8 – 7 / SP3

## United States Bankruptcy Court
## Central District Of California

### 255 East Temple Street, Los Angeles, CA 90012

| In re:<br>Gary Olyn Armstrong<br><br>Debtor(s). | BANKRUPTCY CASE NO.: 2:11–bk–35606–BB |
| --- | --- |
| | CHAPTER NO.: 7 |
| Gary Olyn Armstrong<br><br>Plaintiff(s).<br><br>vs.<br><br>Internal Revenue Service<br><br>Defendant(s). | ADVERSARY NO.: 2:11–ap–02358–BB |

# NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S)
# UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On July 19, 2011, a request was filed for the clerk to enter default against defendant(s) **Motion Picture Industry Pension & Health Plans**.

Having reviewed the request, the clerk hereby enters default as requested.

For the Court,

KATHLEEN J. CAMPBELL, CLERK OF COURT

By: Sandra Peters
Deputy Clerk

Dated: July 19, 2011

## United States Bankruptcy Court
## Central District Of California

### 255 East Temple Street, Los Angeles, CA 90012

| | |
|---|---|
| In re:<br>Gary Olyn Armstrong<br><br>Debtor(s). | BANKRUPTCY CASE NO.:  2:11-bk-35606-BB |
| | CHAPTER NO.:  7 |
| Gary Olyn Armstrong<br><br>Plaintiff(s).<br><br>vs.<br><br>Internal Revenue Service<br><br>Defendant(s). | ADVERSARY NO.:  2:11-ap-02358-BB |

## NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S)
## UNDER LOCAL BANKRUPTCY RULE 7055-1(a)

On July 19, 2011, a request was filed for the clerk to enter default against defendant(s) **State of California Franchise Tax Board**.

Having reviewed the request, the clerk hereby enters default as requested.

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: July 19, 2011

By: **Sandra Peters**
    Deputy Clerk

(Form van192-nched VAN-192) Rev. 10/2010

**4 - 3 / SP3**

PROPOSED DEFAULT JUDGMENT
AGAINST:
INTERNAL REVENUE SERVICE

1

**UNITED STATES BANKRUPTCY COURT**
**Central District of California**
255 East Temple Street Room 940
Los Angeles (90012) California

2

3

4    Gary Olyn Armstrong one of We the People, his heir(s),
assign(s) and beneficiary(ies) as...

(Bk: 211-bk-35606)
No.:211-ap-02358

5
                                    Plaintiff(s),

**PROPOSED JUDGMENT**
against:

6    vs.

7    Internal Revenue Service, its principal(s), his/her/their
heir(s), successor(s), assign(s) and beneficiary(ies).

**Internal Revenue Service**

8
Douglas Shulman, Commissioner of the Internal Revenue
Service, his heir(s), beneficiary(ies) and assign(s).

9

10   Motion Picture Industry Pension & Individual Account
Plan, including Motion Picture Industry Pension &
Health Plans, its principal(s), his/her/their heir(s),
successor(s), beneficiaries and assign(s).

11

12   State of California Franchise Tax Board;

13   DOES 1-1000 and its, his/her/their principal(s), heir(s),
successor(s), assign(s) and beneficiary(ies).

14

15   ROES 1-1000 and its, his/her/their principal(s), heir(s),
successor(s), assign(s) and beneficiary(ies).

16

17   Each in their personal and official capacities as
Internal Revenue Service Agent(s) and or Employee(s)
thereof; and/or as employed by the Federal Treasury or
of a State branch of government,

18

19                                   Defendants.

20
This court after considering the default of the Internal Revenue Service ("IRS") hereby grants Gary Olyn

21   Armstrong the following relief:

22
1. **Declaratory relief** is as follows:

23
          a. Gary Olyn Armstrong does not owe Internal Revenue Service any taxes for the years 1991

24        through 2011.

25
          b. The Internal Revenue Service's Notices of Lien and Notices of Levy for the years 1991 through

26        2011 are void ab initio since no action was commenced before the statute of limitations ran; and, as

27        they are unsupported by any judgment(s) from a court of competent jurisdiction.

28

c. The Internal Revenue Service shall expunge within thirty days all Liens, Notices of Lien(s) including Notice(s) of Levy(ies) and Levy(ies) from all county recorder's offices in the several states or wherever the Internal Revenue Service has placed such notice(s), lien(s) or levy(ies) into the records thereof; Internal Revenue is enjoined from filing any new notice(s) or lien(s) or levy(ies) and is required to withdraw and cancel any and all existing lien(s), notice(s) of lien(s), levy(ies) or notice(s) of levy(ies) that the IRS sent to any person holding plaintiff's money.

d. The Internal Revenue Service is guilty of abuse of process, unlawful tax collection or assistance thereof.

e. Douglas Shulman, Ted Hanson, Corina Mullins, C. John Crawford are guilty of perjury of their respective oaths of office.

f. Douglas Shulman, Ted Hanson, Corina Mullins, C. John Crawford are guilty of conspiring to deprive plaintiff of his right of due process.

g. Douglas Shulman, Ted Hanson, Corina Mullins, C. John Crawford are guilty of gross negligence in their job capacities.

h. Douglas Shulman, Ted Hanson, Corina Mullins, C. John Crawford are guilty of unlawful taking of another's property.

i. Douglas Shulman, Ted Hanson, Corina Mullins, C. John Crawford are guilty of falsely preparing substitute returns, when they were not authorized to do so, in this instance(s).

j. Douglas Shulman, Ted Hanson, Corina Mullins, C. John Crawford are guilty of unjust enrichment.

k. Douglas Shulman, Ted Hanson, Corina Mullins, C. John Crawford and all other employees of the Internal Revenue Service are permanently enjoined from sending liens or notices of lien(s), levy(ies) or notice(s) of levy(ies) to the MPIPHP, SSA or any other person or source where said person holds Gary Olyn Armstrong's property unless the Internal Revenue Service lien(s) or levy(ies) or notices thereof, are supported by a bona fide judgment issued from a court of competent jurisdiction; and Internal Revenue Service or its employees shall not file any notice(s) or lien(s) with any county recorder's office unless said notice of lien or levy is supported by a judgment issued from a court of competent jurisdiction.

l. Gary Olyn Armstrong is not required to file any 1040 type of form since he is not an employee of any of the three branches of government, is not a non-resident alien, nor a public elected official.

2. Dismissal from Employment. The court finds that the names of the following persons :

    a. Douglas Shulman,

    b. C. John Crawford,

    c. Corina Mullins,

    d. Ted Hanson,

    e. Glen Coles,

    f. Sandra Fleming,

    g. D. Frank,

    h. William O'Neill,

    i. J. Scheline,

    j. Susan Meredith,

    k. Dorothea T. Curran,

    l. Maureen Green

may be the true name of the individuals. If the above names are merely aliases, the person(s) who are or have been using said names, their employment activities with the Internal Revenue Service and Douglas Shulman are hereby ordered terminated with prejudice. Any benefits that may have accrued are hereby declared null, void, and cancelled and no return of payment thereof are to be refunded. The above individuals are permanently enjoined from enjoying any benefits that have accrued thereof. Each named individual above or their alias shall not collect, attempt to collect or receive any benefits that have accrued due to their prior employment activities with Internal Revenue Service; and each of the individuals shall not hold any office of public trust or profit.

    m. The plaintiff has been defrauded by the Internal Revenue Service and the Franchise Tax Board in their cooperation and their mutual failure to disclose to plaintiff that he is not liable for an income tax. The Pension fund in cooperation with the Internal Revenue Service and the California Franchise Tax Board have continually made trespass upon the plaintiff and his property.

3. **Money Judgment** relief is as follows:

    a. Internal Revenue Service is to **return all sums of money** taken from plaintiff or plaintiff, his heir(s) agent(s) or assign(s), that were seized without a warrant or court order, the sum one hundred eighty five thousand fifty nine dollars and seventy eight cents (\$185,059.78) in gold or silver coin or as according to the recorded highest spot price that was for the month of July 2011, within thirty days of this order/judgment.

    b. Internal Revenue Service is to pay plaintiff, his heir(s), agent(s), or assign(s) within thirty days of this order/judgment **treble damages** the sum five hundred fifty five thousand, one hundred

Gary Olyn Armstrong's default judgment against Internal Revenue Service.

Page -3-

seventy nine dollars and thirty four cents (**$**555,179.34) in gold or silver coin or as according to the highest recorded spot price that gold held for the month of July 2011.

c. Internal Revenue Service is to pay plaintiff, his heir(s), agent(s), or  assign(s) **exemplary damages** the sum (*e.g. $1,000,000.00*) $_____ in gold or silver coin within thirty days of this order/judgment.

d. Internal Revenue Service is to pay to plaintiff, his heir(s), agent(s), or  assign(s) **punitive damages** the sum of (*e.g. $1,000,000.00*) $_____ in gold or silver coin within thirty days of this order/judgment.

e. Internal Revenue Service is to pay to plaintiff, his  heir(s), agent(s), or  assign(s) **costs** the sum one thousand  nine hundred sixty six dollars and  forty-two cents ($1966.42) in  gold  or silver coin  within thirty days of this order/judgment.

f. Internal Revenue Service shall pay to plaintiff his heir(s) agent(s)  or  assign(s) **pre & post bankruptcy proceedings attorneys/counsel guidance fees** the sum of  seventy five  thousand dollars ($75,000.00) in gold or silver coin, within thirty days of this order/judgment.

4. Supplementary relief as the court deems fair and just, shall be the following:

_____

_____ .

5.  The total amount due to plaintiff, his heir(s) agent(s) or  assign(s) is (**$**817,205.84 not including exemplary (e.g. $1,000,000.00) and punitive damages (e.g. $1,000,000.00). Exemplary and Punitive shall be declared by the court - *e.g. total $2,000,000.00*) **$**_____ within thirty days of this order/judgment.

IT IS SO ORDERED, ADJUDGED & DECREED  this _____ day of _____ A.D. 2011.

_____
Judge of the United States Bankruptcy Court.

PROPOSED DEFAULT JUDGMENT
AGAINST:
DOUGLAS SHULMAN

1

2

3

# UNITED STATES BANKRUPTCY COURT
## Central District of California
255 East Temple Street Room 940
Los Angeles (90012) California

4   Gary Olyn Armstrong one of We the People, his heir(s),
assign(s) and beneficiary(ies) as...

(Bk: 211-bk-35606)
No.:211-ap-02358

5

Plaintiff(s),

6   vs.

**PROPOSED JUDGMENT**
against:

7   Internal Revenue Service, its principal(s), his/her/their
heir(s), successor(s), assign(s) and beneficiary(ies).

**DOUGLAS SHULMAN**

8

9   Douglas Shulman, Commissioner of the Internal Revenue
Service, his heir(s), beneficiary(ies) and assign(s).

10   Motion Picture Industry Pension & Individual Account
Plan, including Motion Picture Industry Pension &
11   Health Plans, its principal(s), his/her/their heir(s),
successor(s), beneficiaries and assign(s).

12   State of California Franchise Tax Board;

13   DOES 1-1000 and its, his/her/their principal(s), heir(s),
14   successor(s), assign(s) and beneficiary(ies).

15   ROES 1-1000 and its, his/her/their principal(s), heir(s),
successor(s), assign(s) and beneficiary(ies).

16

Each in their personal and official capacities as
17   Internal Revenue Service Agent(s) and or Employee(s)
thereof; and/or as employed by the Federal Treasury or
18   of a State branch of government,

19   Defendants.

20   This court after considering the default of Douglas Shulman ("DS") hereby grants Gary Olyn Armstrong

21   the following relief:

22

1. **Declaratory relief** is as follows:

23   a. Gary Olyn Armstrong does not owe Internal Revenue Service any taxes for the years 1991

24   through 2011.

25   b. The Internal Revenue Service Notices of Lien and Notices of Levy for the years 1991 through

26   2011 are void ab initio since no action was commenced before the statute of limitations ran; and, as

27   they are unsupported by any judgment(s) from a court of competent jurisdiction.

28

Gary Olyn Armstrong's default judgment against Douglas Shulman.

c. The Internal Revenue Service and Douglas Shulman shall expunge within thirty days all Liens, Notice(s) of Lien(s) including Notice(s) of Levy(ies) that were filed in all county recorder's offices in the several states or wherever the Internal Revenue Service has placed such notice(s) of lien(s) or levy(ies) in the records, and this shall include withdrawal and cancellation of any and all existing lien(s), notice(s) of lien(s), levy(ies) or notice(s) of levy(ies) that the IRS sent to any person holding plaintiff's money. The Internal Revenue Service is enjoined from filing any new notice(s) of lien(s) or levy(ies) unless said lien or levy is supported by a judgment issued from a court of competent jurisdiction. Gary Olyn Armstrong is not required to file any 1040 forms since he is not an employee of the three branches of government, he is not a non-resident alien, nor an elected official.

d. The Internal Revenue Service, the Commissioner and all its employees are guilty of abuse of process and unlawful tax collection or assistance thereof.

e. Douglas Shulman, Ted Hanson, Corina Mullins, C. John Crawford are guilty of perjury of their respective oaths of office.

f. Douglas Shulman, Ted Hanson, Corina Mullins, C. John Crawford are guilty of conspiring to deprive plaintiff of his right of due process.

g. Douglas Shulman, Ted Hanson, Corina Mullins, C. John Crawford are guilty of gross negligence in their job capacities.

h. Douglas Shulman, Ted Hanson, Corina Mullins, C. John Crawford are guilty of unlawful taking of another's property.

i. Douglas Shulman, Ted Hanson, Corina Mullins, C. John Crawford are guilty of falsely preparing substitute returns, when they were not authorized to do so, in this instance(s).

j. Douglas Shulman, Ted Hanson, Corina Mullins, C. John Crawford are guilty of unjust enrichment.

k. Douglas Shulman, Ted Hanson, Corina Mullins, C. John Crawford and all other employees of the Internal Revenue Service, including the Internal Revenue Service, are hereby permanently enjoined from sending any liens or notice(s) of lien(s) or levy(ies) to the MPIPHP, SSA or any other person or source where any person holds Gary Olyn Armstrong's property, unless the Internal Revenue Service's lien(s) or levy(ies) or notice(s) thereof, are supported by a bona fide judgment issued from a court of competent jurisdiction. The Internal Revenue Service shall not file any notice(s) or lien(s) within any county recorder's office unless said notice(s) of lien(s) or levy(ies) are supported by a judgment issued from a court of competent jurisdiction.

1      l. Gary Olyn Armstrong is not required to file any 1040 type of form since he is not: an employee of any of the three branches of government, is not a non-resident alien, nor a public elected official.

2. **Dismissal from Employment.** The court finds that the names of the following persons :

    a. Douglas Shulman,

    b. C. John Crawford,

    c. Corina Mullins,

    d. Ted Hanson,

    e. Glen Coles,

    f. Sandra Fleming,

    g. D. Frank,

    h. William O'Neill,

    i. J. Scheline,

    j. Susan Meredith,

    k. Dorothea T. Curran,

    l. Maureen Green,

may be the true name of the individuals. If the above names are merely aliases, the person(s) who are or have been using said names, their employment activities with the Internal Revenue Service and Douglas Shulman are hereby ordered terminated with prejudice. Any benefits that may have accrued are hereby declared null, void, and cancelled and no return of payment thereof are to be refunded. The above individuals are permanently enjoined from enjoying any benefits that have accrued thereof. Each named individual above or their alias shall not collect, attempt to collect or receive any benefits that have accrued due to their prior employment activities with Internal Revenue Service; and each of the individuals shall not hold any office of public trust or profit.

    m. The plaintiff has been defrauded by the Internal Revenue Service and the Franchise Tax Board in their cooperation and their mutual failure to disclose to plaintiff that he is not liable for an income tax. The Pension fund in cooperation with the Internal Revenue Service and the California Franchise Tax Board have continually made trespass upon the plaintiff and his property.

3. **Money Judgment** relief is as follows:

    a. Douglas Shulman individually shall within thirty days of this order/judgment **return all sums of money** that were taken from plaintiff without a warrant or court order, the sum one hundred eighty five thousand fifty nine dollars and seventy eight cents ($185,059.78) to plaintiff, his heir(s) agent(s) or assign(s) in gold or silver coin or as according to the highest recorded spot price of gold for the month of July 2011.

    b. Douglas Shulman individually shall pay plaintiff, his heir(s), agent(s), or assign(s) within thirty days of this order/judgment **treble damages,** the additional sum of five hundred fifty five

thousand, one hundred seventy nine dollars and thirty four cents ($555,179.34) in gold or silver coin or as according to the recorded highest spot price that was for the month of July 2011.

c. Douglas Shulman individually shall pay plaintiff his heir(s) agent(s) or assign(s) within thirty days of this order/judgment **exemplary damages** the sum (e.g. $1,000,000.00) $_____ in gold or silver coin or in the best interest of plaintiff the highest recorded spot price of gold for the month of July 2011.

d. Douglas Shulman individually shall pay plaintiff, his heir(s), agent(s), or assign(s) within thirty days of this order/judgment **punitive damages** the sum of (e.g. $1,000,000.00) $_____ in gold or silver coin, or in the best interest of plaintiff the highest recorded spot price of gold for the month of July 2011.

e. Douglas Shulman individually shall pay plaintiff his heir(s), agent(s), or assign(s) within thirty days of this order/judgment **costs** the sum one thousand nine hundred sixty six dollars and forty-two cents ($1966.42) in gold or silver coin or in the best interest of plaintiff, the highest recorded spot price of gold for the month of July 2011.

f. Douglas Shulman individually shall pay plaintiff, his heir(s), agent(s), or assign(s) within thirty days of this order/judgment **pre & post bankruptcy proceedings attorneys/counsel guidance fees** the sum of seventy five thousand dollars ($75,000.00) in gold or silver coin payable or in the best interest of plaintiff, the highest recorded spot price of gold for the month of July 2011.

4. Supplementary relief as the court deems fair and just, shall be the following:

_____

5. Douglas Shulman individually shall pay plaintiff, his heir(s), agent(s), or assign(s) within thirty days of this order/judgment the total amount due, the sum ($817,205.84 not including exemplary (e.g. $1,000,000.00) and punitive damages (e.g. $1,000,000.00); Exemplary and Punitive shall be declared by the court - e.g. total $2,000,000.00) $_____ in gold or silver coin, or as in the best interest of plaintiff, the highest recorded spot price of gold for the month of July 2011.

IT IS SO ORDERED, ADJUDGED & DECREED this _____ day of _____ A.D. 2011.


_____
Judge of the United States Bankruptcy Court.

PROPOSED DEFAULT JUDGMENT
AGAINST:
Motion Picture Industry Pension & Individual Account Plan, including Motion Picture Industry
Pension & Health Plans, its principal(s), his/her/their heir(s), successor(s), beneficiaries and assign(s).

# UNITED STATES BANKRUPTCY COURT
**Central District of California**
255 East Temple Street Room 940
Los Angeles (90012) California

| | |
|---|---|
| Gary Olyn Armstrong one of We the People, his heir(s), assign(s) and beneficiary(ies) as | (Bk: 2-11-bk-35606)<br>No.:2-11-ap-02358 |
| **Plaintiff(s),**<br>vs. | **PROPOSED JUDGMENT**<br>**against:** |
| Internal Revenue Service, its principal(s), his/her/their heir(s), successor(s), assign(s) and beneficiary(ies). | **Motion Picture Industry Pension**<br>**&** |
| Douglas Shulman, Commissioner of the Internal Revenue Service, his heir(s), beneficiary(ies) and assign(s). | **Individual Account Plan and**<br>**Motion Picture Industry**<br>**Pension & Health Plans.** |
| Motion Picture Industry Pension & Individual Account Plan, including Motion Picture Industry Pension & Health Plans, its principal(s), his/her/their heir(s), successor(s), beneficiaries and assign(s). | |
| State of California Franchise Tax Board; | |
| DOES 1-1000 and its, his/her/their principal(s), heir(s), successor(s), assign(s) and beneficiary(ies). | |
| ROES 1-1000 and its, his/her/their principal(s), heir(s), successor(s), assign(s) and beneficiary(ies). | |
| Each in their personal and official capacities as Internal Revenue Service Agent(s) and or Employee(s) thereof; and/or as employed by the Federal Treasury or of a State branch of government, | |
| **Defendants.** | |

This court after careful review of the pleading and the court file this court finds that the defendant Motion Picture Industry Pension & Individual Account Plan and Motion Picture Industry Pension & Health Plans have defaulted, and judgment is proper and just, and finds the following in favor of Gary Olyn Armstrong:

1. **Declaratory relief** is as follows:

    a. The Motion Picture Industry Pension & Individual Account Plan, including Motion Picture Industry Pension & Health Plans, was wrong in not protecting the plaintiff's property.

    b. The Motion Picture Industry Pension & Individual Account Plan, including Motion Picture Industry Pension & Health Plan's chief counsel, Arlene Faulk Withers, was wrong when she allowed the Pension fund to breach their contract with the plaintiff.

c. The Motion Picture Industry Pension & Individual Account Plan, including Motion Picture Industry Pension & Health Plans Chief counsel's job is to protect the assets of the members from all assailants interlopers and absconders from taking said funds; and it is their job to seek legal protection by application to the proper court having jurisdiction over such matters. As a result, the plaintiff has suffered oppression and malfeasance by way of his agent/servants not stepping in to protect this member plaintiff's property.

d. The plaintiff has been defrauded by each of the defendants cooperating with each other. Each of the defendants have failed to disclose to plaintiff that he is not liable for any income tax. The Pension fund, with the cooperation of the Internal Revenue Service, the California Franchise Tax Board and Social Security Administration, each have continually trespassed upon the plaintiff, his case and has deprived him the use of his money or property.

e. The Motion Picture Industry Pension & Individual Account Plan, including Motion Picture Industry Pension & Health Plans ("MPIPHP") is permanently enjoined from giving any of Gary Olyn Armstrong's pension money or any other benefits to Internal Revenue Service under the following conditions: 1. When any notice of lien or levy is unsupported by a warrant; 2. When any notice of lien or levy is not supported by a judgment from a court of competent jurisdiction; 3. If any notice is accompanied by a warrant, said warrant must have a sworn affidavit describing what law, if any, has been violated, including the name, address and telephone number of the injured party; 4. If any notice of levy or lien is unaccompanied by any warrant or judgment as set forth above, the said notice of levy or lien is not to be honored under any circumstances. 5. If any occasion arises where the MPIPHP violates this judgment, the MPIPHP shall pay to Gary Olyn Armstrong or his heir(s), successor(s), agent(s) or assign(s) the additional penalty sum of five million dollars for each violation of this judgment.

2. **Money relief** is as follows:

a. The Motion Picture Industry Pension & Individual Account Plan, including Motion Picture Industry Pension & Health Plans, its principal(s), his/her/their heir(s), successor(s), beneficiaries and assign(s) is to **return all sums of money** to plaintiff his heir(s), agent(s), or assign(s), that were taken from plaintiff without a warrant or court order, the sum one hundred fifty-eight thousand two hundred and seven dollars and thirty four cents ($158,207.34) in gold or silver coin within thirty days of this order/judgment.

b. The Motion Picture Industry Pension & Individual Account Plan, including Motion Picture Industry Pension & Health Plans, its principal(s), his/her/their heir(s), successor(s), beneficiaries and assign(s) is to pay **to plaintiff** his heir(s), agent(s), or assign(s) **treble damages** the sum four

Gary Olyn Armstrong's Judgment against Motion Picture Pension & Individual Account Plan et al.

Page -2-

hundred seventy four thousand, six hundred twenty two dollars and two cents ($474,622.02) in gold or silver coin within thirty days of this order/judgment.

c. The Motion Picture Industry Pension & Individual Account Plan, including Motion Picture Industry Pension & Health Plans, its principal(s), his/her/their heir(s), successor(s), beneficiaries and assign(s) is to pay plaintiff, his heir(s), agent(s), or assign(s) **exemplary damages** the sum (e.g. $50,000.00) $_____ _____ in gold or silver coin, within thirty days of this order/judgment.

d. The Motion Picture Industry Pension & Individual Account Plan, including Motion Picture Industry Pension & Health Plans, its principal(s), his/her/their heir(s), successor(s), beneficiaries and assign(s) is to pay to plaintiff, his heir(s) agent(s) or assign(s) **punitive damages** the sum (e.g. $500,000.00) $_____in gold or silver coin payable within thirty days of this order/judgment.

e. The Motion Picture Industry Pension & Individual Account Plan, including Motion Picture Industry Pension & Health Plans, its principal(s), his/her/their heir(s), successor(s), beneficiaries and assign(s) shall pay plaintiff, his heir(s), agent(s), or assign(s) **pre-petition/post-petition attorney/counseling fees** the sum seventy five thousand dollars ($75,000.00) in gold or silver coin within thirty days of this order/judgment.

3. Supplementary relief as the court deems fair and just, shall be the following:

_____

_____

4. The total amount due to plaintiff, his heir(s), agent(s), or assign(s) the sum ($707,829.36 not including punitive, e.g. $500,000.00 or exemplary, e.g. $50,000.00) $_____ payable in gold or silver coin within thirty days of this order/judgment.

IT IS SO ORDERED, ADJUDGED & DECREED this _____ day of _____ A.D. 2011.

_____
Judge of the United States Bankruptcy Court.

PROPOSED JUDGMENT
AGAINST:
State of California Franchise Tax Board

1

# UNITED STATES BANKRUPTCY COURT
**Central District of California**
255 East Temple Street Room 940
Los Angeles (90012) California

2

3

4

Gary Olyn Armstrong one of We the People, his heir(s), assign(s) and beneficiary(ies) as

5

Plaintiff(s),

6

vs.

7

Internal Revenue Service, its principal(s), his/her/their heir(s), successor(s), assign(s) and beneficiary(ies).

8

9

Douglas Shulman, Commissioner of the Internal Revenue Service, his heir(s), beneficiary(ies) and assign(s).

10

11

Motion Picture Industry Pension & Individual Account Plan, including Motion Picture Industry Pension & Health Plans, its principal(s), his/her/their heir(s), successor(s), beneficiaries and assign(s).

12

State of California Franchise Tax Board;

13

14

DOES 1-1000 and its, his/her/their principal(s), heir(s), successor(s), assign(s) and beneficiary(ies).

15

ROES 1-1000 and its, his/her/their principal(s), heir(s), successor(s), assign(s) and beneficiary(ies).

16

17

Each in their personal and official capacities as Internal Revenue Service Agent(s) and or Employee(s) thereof; and/or as employed by the Federal Treasury or of a State branch of government,

18

19

Defendants.

(Bk: 211-bk-35606)
No.:211-ap-02358

## PROPOSED JUDGMENT
**AGAINST:**

**STATE OF CALIFORNIA FRANCHISE TAX BOARD.**

20

This court has found that default judgment is proper and just and finds the following:

21

1. **Declaratory relief** is as follows:

22

a. The California Franchise Tax Board was wrong in not protecting the plaintiff's property.

23

24

25

b. The California Franchise Tax Board, including their legal counsel, was wrong when they allowed the IRS, the Social Security Administration, and the Pension fund to breach their contract with the plaintiff.

26

27

28

c. The California Franchise Tax Board counsel's job is to protect the assets from all assailants and interlopers from absconding with the peoples money; and it is their job to seek legal protection by application to the proper court having jurisdiction over such matters. As a result, the plaintiff has

Gary Olyn Armstrong's Judgment against State of California Franchise Tax Board.

Page -1-

suffered oppression and malfeasance by the agency not stepping in to protect this member's property.

d. The plaintiff has been defrauded by the Franchise Tax Board and Internal Revenue Service in their cooperation and their mutual failure to disclose to plaintiff that he is not liable for an income tax. The Pension fund in cooperation with the Internal Revenue Service and the California Franchise Tax Board have continually trespassed upon the plaintiff and his property.

e. Gary Olyn Armstrong is not required to file any type of form since he is not: an employee of any of the three branches of government, is not a non-resident alien, nor a public elected official.

2. **Money relief** is as follows:

a. The California Franchise Tax Board, its principal(s), his/her/their heir(s), successor(s), beneficiaries and assign(s) is to **return all sums of money** to plaintiff, his heir(s), agent(s), or assign(s) that were taken without a warrant or court order the sum ninety one thousand seven hundred ninety three dollars and twenty two cents ($91,793.22) in gold or silver coin within thirty days of this order/judgment.

b. The California Franchise Tax Board, its principal(s), his/her/their heir(s), successor(s), beneficiaries and assign(s) is to pay plaintiff, his heir(s), agent(s), or assign(s) **treble damages** the sum two hundred seventy five thousand, three hundred seventy nine dollars and sixty six cents ($275,379.66) in gold or silver coin within thirty days of this order/judgment.

c. The California Franchise Tax Board, its principal(s), his/her/their heir(s), successor(s), beneficiaries and assign(s) is to pay plaintiff, his heir(s), agent(s), or assign(s) **exemplary damages** the sum (e.g. $500,000.00) $_____in gold or silver coin within thirty days of this order/judgment.

d. The California Franchise Tax Board, its principal(s), his/her/their heir(s), successor(s), beneficiaries and assign(s) is to pay to plaintiff, his heir(s), agent(s), or assign(s) **punitive damages** the sum (e.g. $500,000.00) $_____ in gold or silver coin within thirty days of this order/judgment.

e. The California Franchise Tax Board, its principal(s), his/her/their heir(s), successor(s), beneficiaries and assign(s) is to pay to plaintiff, his heir(s), agent(s), or assign(s) **costs** the sum seventy five thousand dollars ($75,000.00) in gold or silver coin within thirty days of this order/judgment.

f.  The California Franchise Tax Board,  its  principal(s),  his/her/their  heir(s),  successor(s), beneficiaries, and assign(s) shall pay pre-petition/post-petition to plaintiff, his heir(s) agent(s) or assign(s) **attorney/counselor fees** the sum of  seventy five thousand dollars ($75,000.00) in gold or silver coin within thirty days of this order/judgment.

3. Supplementary relief as the court deems fair and just, shall be the following:

_____

_____

4. Total sum due  to  plaintiff, his  heir(s) agent(s) or  assign(s) the  sum  ($517,172.88 not including, e.g. punitive $500,000.00 or exemplary $500,000.00) $_____ in gold or silver coin within thirty days of this order/judgment.

IT IS SO ORDERED, ADJUDGED & DECREED  this_____ day of _____ A.D. 2011.

_____
Judge of the United States Bankruptcy Court.

PROPOSED JUDGMENT
AGAINST
DOES 1-1000 & ROES 1-1000.

**UNITED STATES BANKRUPTCY COURT**
**Central District of California**
255 East Temple Street Room 940
Los Angeles (90012) California

| | |
|---|---|
| Gary Olyn Armstrong one of We the People, his heir(s), assign(s) and beneficiary(ies) as | (Bk: 211-bk-35606) No.:211-ap-02358 |
| Plaintiff(s), vs. | **PROPOSED JUDGMENT AGAINST:** |
| Internal Revenue Service, its principal(s), his/her/their heir(s), successor(s), assign(s) and beneficiary(ies). | **DOES 1-1000 & ROES 1-1000.** |
| Douglas Shulman, Commissioner of the Internal Revenue Service, his heir(s), beneficiary(ies) and assign(s). | |
| Motion Picture Industry Pension & Individual Account Plan, including Motion Picture Industry Pension & Health Plans, its principal(s), his/her/their heir(s), successor(s), beneficiaries and assign(s). | |
| State of California Franchise Tax Board; | |
| DOES 1-1000 and its, his/her/their principal(s), heir(s), successor(s), assign(s) and beneficiary(ies). | |
| ROES 1-1000 and its, his/her/their principal(s), heir(s), successor(s), assign(s) and beneficiary(ies). | |
| Each in their personal and official capacities as Internal Revenue Service Agent(s) and or Employee(s) thereof; and/or as employed by the Federal Treasury or of a State branch of government, | |
| Defendants. | |

This court has found that default judgment is proper and just and finds the following:

1. **Declaratory relief** is as follows:

   a. The DOES 1-1000 and ROES 1-1000 were wrong in not protecting the plaintiff's property.

   b. The DOES 1-1000 and ROES 1-1000, including their legal counsel, were wrong when they allowed the IRS, Social Security Administration and the Pension fund to breach their contract with the plaintiff.

   c. The DOES 1-1000 and ROES 1-1000, after taking the required oath, their job is/was to

protect the assets from all assailants and interlopers seeking to abscond with said funds; and it is/was DOES and ROES job to seek legal protection by application to the proper court having jurisdiction over such matters. As a result, the plaintiff has suffered oppression and malfeasance by way of his agent/servants not stepping in to protect this member plaintiff's property (Cal. Const. Art. I, section 1 and 2 (1849).

d. The plaintiff has been defrauded by each of the defendants cooperating with each other. Each of the defendants have failed to disclose to plaintiff that he is not liable for any type of income tax. The Internal Revenue Service, the California Franchise Tax Board, the Social Security Administration and Pension fund, have continually trespassed upon the plaintiff, his case, and each has caused the plaintiff damage as to the use of his property or money when the IRS and FTB induced the Pension Fund and SSA to rely on their status which caused the Pension fund and Social Security Administration to breach their contract with Armstrong.

2. **Money relief** is as follows:

a. The DOES 1-1000 and ROES 1-1000 its principal(s), his/her/their heir(s), successor(s), beneficiaries and assign(s) are to **return all sums of money** to plaintiff his heir(s), agent(s), or assign(s) that were taken from plaintiff without a warrant or court order, the sum one hundred eighty five thousand fifty nine dollars and seventy eight cents ($185,059.78) in gold or silver coin within thirty days of this order/judgment.

b. The DOES 1-1000 and ROES 1-1000 its principal(s), his/her/their heir(s), successor(s), beneficiaries and assign(s) are to pay plaintiff, his heir(s), agent(s), or assign(s) **treble damages** the sum five hundred fifty five thousand, one hundred seventy nine dollars and thirty four cents ($555,179.34) in gold or silver coin, within thirty days of this order/judgment.

c. The DOES 1-1000 and ROES 1-1000 its principal(s), his/her/their heir(s), successor(s), beneficiaries and assign(s) are to pay plaintiff, his heir(s), agent(s), or assign(s) **costs** the sum seventy five thousand dollars ($75,000.00) in gold or silver coin within thirty days of this order/judgment.

d. The DOES 1-1000 and ROES 1-1000 its principal(s), his/her/their heir(s), successor(s), beneficiaries and assign(s) are to pay plaintiff, his heir(s), agent(s), or assign(s**), pre-petition/post-petition attorney/counselor fees** the sum seventy five thousand dollars ($75,000.00) in gold or silver coin within thirty days of this order/judgment.

3. **Supplementary relief** as the court deems fair and just, shall be the following:

_____

_____

4.  The total amount due and payable to plaintiff, his heir(s) agent(s) or  assign(s)  the sum ($890,239.12, not including supplementary relief, e.g. $50,000.00) $_____ in gold or silver coin within thirty days of this order/judgment.

IT IS SO ORDERED, ADJUDGED & DECREED  this _____ day of _____A.D. 2011.

_____
Judge of the United States Bankruptcy Court.

# UNITED STATES BANKRUPTCY COURT
## Central District of California
255 East Temple Street Room 940
Los Angeles (90012) California

Gary Olyn Armstrong one of We the People, his heir(s), assign(s) and beneficiary(ies) as...

　　　　　　　　　　　　　　　　　　Plaintiff(s),

vs.

Internal Revenue Service, its principal(s), his/her/their heir(s), successor(s), assign(s) and beneficiary(ies).

Douglas Shulman, Commissioner of the Internal Revenue Service, his heir(s), beneficiary(ies) and assign(s).

Motion Picture Industry Pension & Individual Account Plan, including Motion Picture Industry Pension & Health Plans, its principal(s), his/her/their heir(s), successor(s), beneficiaries and assign(s).

State of California Franchise Tax Board;

DOES 1-1000 and its, his/her/their principal(s), heir(s), successor(s), assign(s) and beneficiary(ies).

ROES 1-1000 and its, his/her/their principal(s), heir(s), successor(s), assign(s) and beneficiary(ies).

Each in their personal and official capacities as Internal Revenue Service Agent(s) and or Employee(s) thereof; and/or as employed by the Federal Treasury or of a State branch of government,

　　　　　　　　　　　　　　　　　　Defendants.

(Bk: 211-bk-35606)
No.:211-ap-02358

Declaration in support of motion for signing of proposed judgments.

---

I/Me Gary Olyn Armstrong declare as follows:

## STATEMENT OF FACTS

1. I am over the age of eighteen years;

2. I am mentally competent;

3. I am the plaintiff in this matter;

4. I have personal or first-hand knowledge of the facts stated herein and if called as a witness, I shall do so.

5. On the 15th day of June two thousand eleven I filed my adversary claim against the above mentioned defendants.

6. On the 21st day of June two thousand eleven I caused to be served my Complaint, the summons commanding an answer by July 18 2011, and a proposed judgment on the above mentioned defendants.

7. On the 19th day of July I filed my request for entry of default judgment, along with my declaration in support thereof. The clerk of the court or his/her deputy then entered the default of the above mentioned defendants.

8. Each of the above mentioned defendants have damaged me under color of authority, without warrant or judgment from a court of competent jurisdiction as according to my verified complaint.

9. I am entitled as a damaged party to recover of the amounts from:

**Internal Revenue Service: $817,205.84** not including punitive or exemplary damages, which I believe I am also entitled to, in the amount of one million punitive and one million exemplary.

**Douglas Shulman: $817,205.84** not including punitive or exemplary damages for Shulman's failure to correctly direct the internal revenue officer(s), or his employees in proper civil procedures; and for allowing unlawful collection activities that violate federal regulations, statutes and constitutional provisions that protect individuals from indiscriminate encroachment. I believe that I am also entitled to the sum one million dollars punitive and one million dollars in exemplary damages.

**Motion Picture Industry Pension & Individual Account Plan, including Motion Picture Industry Pension & Health Plans: $707,829.36** not including punitive or exemplary damages which I believe I am also entitled to in the amount of one million dollars punitive and one million exemplary damages.

**State of California Franchise Tax Board: $517,172.88** not including punitive or exemplary damages which I believe I am also entitled to the sum one million dollars punitive and one million dollars exemplary.

**Does 1-1000 and Roes 1-1000: $890,239.12** not including punitive or exemplary damages, which I believe I am entitled to, in the amount of one million dollars punitive and one million dollars exemplary.

Since the clerk entered default judgment against all of the named above defendants, this plaintiff expected that the clerk would have presented my proposed judgments to a judicial officer for signing. It is unknown why the proposed judgments are unsigned as of this day.

I am requesting that a judicial officer promptly sign the annexed judgments against each of the above mentioned defendants.

The above is Certified under penalty of perjury as to the best of my belief. All rights preserved.

Respectfully,

gary olyn armstrong.